**Order entered March 1, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-01056-CV**

## IN THE INTEREST OF C.C. AND F.C., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 87760**

## ORDER

Before the Court is the motion for extension of time filed by the Texas Department of Family and Protective Services seeking to extend the deadline for its appellee's brief from February 28, 2021, to March 22, 2021. Although we caution appellee that further requests for extension will be greatly disfavored in this expedited proceeding, we **GRANT** the motion. Appellee's brief shall be filed no later than March 22, 2021.

/ Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE